UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| K.G.M.Q.,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-00506-TL<br><br>ORDER STAYING CONSIDERATION OF MOTION FOR ATTORNEY FEES |

This matter comes before the Court on Petitioner's Motion for Attorney Fees and Costs under the Equal Justice Act (Dkt. No. 16), Federal Respondents' response (Dkt. No. 20), and Petitioner's reply (Dkt. No. 21). Federal Respondents request in the alternative to stay the enforcement of any fee award pending the Supreme Court's decision in *Montoya Palacios v. Baker*, 2026 WL 171690 (D. Md. Jan. 22, 2026), *aff'd sub nom. Palacios v. Bacon*, 2026 WL 1154321 (4th Cir. Mar. 24, 2026), *cert. granted sub nom. Palacios v. Liggins*, 2026 WL 1855057 (U.S. June 29, 2026). Dkt. No. 20 at 5.

The Cout notes that where motions for attorney fees have been granted in other immigration habeas cases, Respondents have appealed the decision, *see e.g., Mendoza Araiza v. Wamsley*, Case No. C25-2139, Dkt. No. 23 (W.D. Wash. Sept. 14, 2026), and the Ninth Circuit has been staying the proceedings pending resolution of *Montoya Palacios*, *see e.g.*, *Araiza v. Wamsley*, Case No. C26-6035, Dkt. No. 4 (9th Cir. Oct. 23, 2026). Therefore, the Court finds that judicial economy favors staying consideration of the motion itself (not just the enforcement of any potential award) pending the Supreme Court's resolution of *Montoya Palacios*.

Accordingly, the Court ORDERS:

(1) Petitioner's Motion for Attorney Fees and Costs under the Equal Justice Act (Dkt. No. 16) is STAYED pending the Supreme Court's resolution of *Montoya Palacios*.

(2) The Court DIRECTS the Clerk to terminate the motion. Upon resolution of *Montoya Palacios*, Petitioner may ask the Court to re-note the motion.

Dated this 24th day of November, 2026.

Tana Lin
United States District Judge